IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| ASHLEY STATION PEABODY REDEVELOPMENT, | * | |
| | * | |
| Plaintiff, | | Case No.  4:26-cv-494-CDL-AGH |
| v. | * | |
| JASMINE WILLIAMS, | * | |
| Defendant. | * | |

### J U D G M E N T

Pursuant to this Court's Order dated May 1, 2026, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the Municipal Court of Columbus and Muscogee County, Georgia.

This 1st day of May, 2026.

David W. Bunt, Clerk


s/ Elizabeth S. Long, Deputy Clerk